Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25759−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 10/7/19 and a confirmation hearing on such Plan has been scheduled for 11/13/19.

The debtor filed a Modified Plan on 1/3/20 and a confirmation hearing on the Modified Plan is scheduled for 2/13/20 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 6, 2020
JAN: wdh

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
     District of New Jersey
```

In re:                                                           Case No. 19-25759-SLM
Kelly M Poesl                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Jan 06, 2020
                            Form ID: 186             Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             +Kelly M Poesl,    157 W. 4th Street,   Bayonne, NJ 07002-1179
518410058      +Frenkel Lambert, Weiss, Weisman & Gordon,    80 Maing Street, STe 460,
                 West Orange, NJ 07052-5414
518647193       TFS Cust for Fig Cap Investments,    c/0 Suez Water,   110 Oak Street,   Bayonne, NJ 07002
518523144      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518495301       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON, WI 53708-8973
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 06 2020 23:24:07      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 06 2020 23:24:04      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518452791      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2020 23:34:08
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518524130       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 06 2020 23:24:18      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518410059      +E-mail/Text: jennifer.chacon@spservicing.com Jan 06 2020 23:24:48
                 Select Portfolio Servicing, Inc.,   PO Box 65250,    Salt Lake City, UT 84165-0250
518411196      +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2020 23:33:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518526606       Wilmington Trust, NA, successor trustee to Citiban
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as successor  to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Kelly M Poesl info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```