Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

            Case No.:  19−25759−SLM
            Chapter:  13
            Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:     4/7/20
Time:     02:30 PM
Location:    Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ciccarelli Law, PC, Debtor's Attorney,

COMMISSION OR FEES
$8,535.00

EXPENSES
$107.80

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 9, 2020
JAN:

                                                      Jeanne Naughton
                                                      Clerk

```
                         United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-25759-SLM
Kelly M Poesl                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin             Page 1 of 1            Date Rcvd: Mar 09, 2020
                            Form ID: 137            Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Kelly M Poesl,    157 W. 4th Street,    Bayonne, NJ 07002-1179
518410058      +Frenkel Lambert, Weiss, Weisman & Gordon,     80 Maing Street, STe 460,
                 West Orange, NJ 07052-5414
518647193       TFS Cust for Fig Cap Investments,    c/0 Suez Water,    110 Oak Street,    Bayonne, NJ 07002
518523144      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518495301       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518452791      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 00:41:24
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518524130       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 10 2020 00:35:07      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518410059      +E-mail/Text: jennifer.chacon@spservicing.com Mar 10 2020 00:36:16
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
518411196      +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2020 00:30:22      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518526606       Wilmington Trust, NA, successor trustee to Citiban
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as successor  to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor   Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
               Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Kelly M Poesl info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```