Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25759−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/2/20 at 10:00 AM

to consider and act upon the following:

*54* − Application for Compensation for Jenee K. Ciccarelli, Debtor's Attorney, period: 10/28/2019 to 3/2/2020, fee: $8535.00, expenses: $107.80. Filed by Jenee K. Ciccarelli. Hearing scheduled for 4/7/2020 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Ciccarelli, Jenee)

Dated: 4/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court