Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−25759−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/2/20 at 10:00 AM

to consider and act upon the following:

*62* − Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 8/14/2019 to 10/31/2019, fee: $4255.50, expenses: $473.20. Filed by Andrea Silverman. Hearing scheduled for 4/21/2020 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Silverman, Andrea)

Dated: 4/23/20

                                                               Jeanne Naughton
                                                               Clerk, U.S. Bankruptcy Court