Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–25759–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kelly M Poesl
  aka Kelly Condon
  157 W. 4th Street
  Bayonne, NJ 07002
Social Security No.:
  xxx–xx–0882
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*62* – Application for Compensation for Andrea Silverman, Debtor's Attorney, period: 8/14/2019 to 10/31/2019, fee: $4255.50, expenses: $473.20. Filed by Andrea Silverman. Hearing scheduled for 4/21/2020 at 02:30 PM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Silverman, Andrea)

Dated: 4/21/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Kelly M Poesl
     Debtor

Case No. 19-25759-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Apr 21, 2020
                   Form ID: ntchrgbk          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
db           +Kelly M Poesl,   157 W. 4th Street,   Bayonne, NJ 07002-1179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
        as successor  to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Douglas J. McDonough   on behalf of Creditor   Wilmington Trust, NA, successor trustee to
        Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear
        Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com
        Jenee K. Ciccarelli   on behalf of Debtor Kelly M Poesl info@jc-lawpc.com,
        nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                          TOTAL: 5