**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Kelly M Poesl

                Debtor(s)

Case No.:  19-25759

Chapter:  13

Hearing Date:  June 2, 2020 @ 2:30 pm

Judge: Hon. Stacey L. Meisel

### ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 10, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:  2
Debtors: Kelly M Poesl
Case No. 19-25759/SLM
Caption:  Order Granting Pre and Post-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

   **ORDERED,**  that Jenee Ciccarelli, Esq., is allowed fees in the amount of $8,095.00 for services rendered and $107.80 for disbursements for a total of $8,202.80 less amount of $0.00 previously received for a total due of $8,202.80.  The allowance shall be payable:

\_\_\_\_\_X\_\_\_\_        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall increase from $200.00/mo. to $378.36/mo. beginning July 1, 2020 for 26 months; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.