| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| ANDREA SILVERMAN, PC (AS5218)<br>Ciccarelli Law, PC<br>47 Park Ave., Suite 304<br>West Orange, New Jersey 07052<br>Phone: 973-737-9060 Fax: 973-619-0023<br>andrea@jc-lawpc.com<br>Attorney for Debtor |

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Kelly M Poesl,

           Debtor(s)

Case No.   19-25759

Chapter:   13

Hearing Date:   6/2/2020@ 2:30 p.m.

Judge: Hon. Stacey L. Meisel

**REVISED ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 10, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Kelly M Poesl
Case No. 19-25759/SLM
Caption:  Revised Order Granting Pre-Confirmation Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered:

IT IS HEREBY, ORDERED, that Andrea Silverman, Esq., is allowed of fee of $4,236.00 for pre-confirmation services and $473.20 for disbursements for a total of $4,709.20.  The Debtor previously paid $5,390 outside the plan to Andrea Silverman, P.C. and said funds are held in Trust by Andrea Silverman, PC.  leaving a surplus of $680.80 remaining in Trust.  The remaining $680.80 balance in Trust shall be returned to the Debtor within 10 days of the entry of this order.

ORDERED, that Debtor's Plan payment shall remain unchanged.