**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kelly M Poesl

Debtor(s)

Case No.    19-25759

Chapter:    13

Hearing Date:    June 2, 2020 @ 2:30 pm

Judge: Hon. Stacey L. Meisel

## ORDER GRANTING PRE AND POST-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 10, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Kelly M Poesl
Case No. 19-25759/SLM
Caption:  Order Granting Pre and Post-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed fees in the amount of $8,095.00 for services rendered and $107.80 for disbursements for a total of $8,202.80 less amount of $0.00 previously received for a total due of $8,202.80.  The allowance shall be payable:

_____X____       through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall increase from $200.00/mo. to $378.36/mo. beginning July 1, 2020 for 26 months; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Marie-Ann Greenberg, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly M Poesl  
    Debtor

Case No. 19-25759-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Jun 11, 2020 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.
db             +Kelly M Poesl,    157 W. 4th Street,    Bayonne, NJ 07002-1179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor   to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Douglas J. McDonough    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com
      Jenee K. Ciccarelli    on behalf of Debtor Kelly M Poesl info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                             TOTAL: 5