**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060 Fax: 973-619-0023
andrea@jc-lawpc.com
Attorney for Debtor

Order Filed on June 10, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Kelly M Poesl,

                Debtor(s)

Case No.    19-25759

Chapter:    13

Hearing Date:    6/2/2020@ 2:30 p.m.

Judge: Hon. Stacey L. Meisel

### REVISED ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 10, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:   2
Debtors: Kelly M Poesl
Case No. 19-25759/SLM
Caption:  Revised Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered:

IT IS HEREBY, ORDERED, that Andrea Silverman, Esq., is allowed of fee of $4,236.00 for pre-confirmation services and $473.20 for disbursements for a total of $4,709.20.  The Debtor previously paid $5,390 outside the plan to Andrea Silverman, P.C. and said funds are held in Trust by Andrea Silverman, PC.  leaving a surplus of $680.80 remaining in Trust.  The remaining $680.80 balance in Trust shall be returned to the Debtor within 10 days of the entry of this order.

ORDERED, that Debtor's Plan payment shall remain unchanged.

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly M Poesl  
     Debtor

Case No. 19-25759-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 11, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2020.  
db         +Kelly M Poesl,   157 W. 4th Street,   Bayonne, NJ 07002-1179

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as successor  to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Douglas J. McDonough    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com  
        Jenee K. Ciccarelli    on behalf of Debtor Kelly M Poesl info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 5