UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Kelly M. Poesl,

        Debtor.

Case No.: 19-25759
Chapter: 13
Adv. No.: 
Hearing Date: October 13, 2021
Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jenee K. Ciccarelli__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 23, 2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Debtor's Motion to Strip the Claim of The Bank of New York Mellon c/o Specialized Loan Servicing
   Certification of Counsel
   Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 23, 2021

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, Colorado 80129 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bonial & Associates, PC<br>P.O. Box 9013<br>Addison, Texas 75001 | Agent for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |