UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Kelly M. Poesl,

                Debtor.

Case No.: _____19-25759_____

Chapter: _____13_____

Adv. No.: _____

Hearing Date: _____11/10/2021_____

Judge: _____Stacey L. Meisel_____

## CERTIFICATION OF SERVICE

1.  I, _____Nyrva Redmond_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Jenee K. Ciccarelli_____, who represents
    _____the Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____November 9, 2021_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.
Reply to Trustee's Objection to Debtor's Motion to Approve Post-Petition Financing

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _____November 9, 2021_____        /s/ Nyrva Redmond _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |