UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on February 15, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kelly M Poesl

Case No.: 19-25759

Chapter: 13

Judge: Stacey L. Meisel

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 15, 2022

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of  Jenee K. Ciccarelli  for a reduction of time for a hearing on  Motion to Avoid Lien of GMAC, Palisades Collection, LLC  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  February 23, 2022  at  10:00a.m.  in the United States Bankruptcy Court,  50 Walnut St., Newark, New Jersey 07102 , Courtroom No.  3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Ch. 13 Trustee, affected creditors and their Counsel (if known) and any party having filed a Notice of Appearance.

by ☐ each, ☒ any of the following methods selected by the Court:    ***Service to be received by 2/17/22.**

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
All other creditors.

by ☐ each, ☒ any of the following methods selected by the Court:   ***Service to be go out by 2/16/22.**

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within  1  day(s) of the date of this Order.

5. Notice by telephone:  **To be made no later than 2/17/22.**

☐ is not required

☒ must be provided to  Ch. 13 Trustee

☐ on the same day as the date of this Order, or

☒ within  1  day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☐ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.1/12/22*