UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
47 Park Ave., Ste. 304
West Orange, NJ 07052
Phone: 973-737-9060
Fax: 973-619-0023
jenee@jc-lawpc.com
Attorney for Debtor

In Re:

Kelly M. Poesl,

Debtor.

Case No.: 19-25759
Chapter: 13
Adv. No.:
Hearing Date: 2/23/2022
Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jenee K. Ciccarelli__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __February 16, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Order Shortening Tiime Period for Notice, Setting Hearing and Limiting Notice
   Motion to Avoid Lien
   Certification of Counsel
   Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __February 16, 2022__

/s/ Nyrva Redmond
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF/Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax- (973)753-5353<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| O'Brien & Taylor<br>175 Fairfield Avenue<br>West Caldwell, NJ 07007 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax - (973) 226-5149<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kathleen R. Wall, Esq.<br>2640 Highway 70<br>Manasquan, NJ 08736 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax-(732)223-0290<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Pellegrino & Feldstein, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Counsel for Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Fax - (973) 586-2307<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LT Asset Recovery, LLC<br>c/o Pellegrino & Feldstein, LLC<br>290 Route 46 West<br>Denville, NJ 07834 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alside, Inc.<br>c/o O'Brien & Taylor<br>175 Fairfield Avenue<br>West Caldwell, NJ 07007 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amarr Garage Doors<br>c/o Kathleen R. Wall, Esq.<br>2640 Highway 70<br>Manasquan, NJ 08736 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GMAC<br>c/o Psak & Associates<br>127 Union Ave.<br>Middlesex, NJ 08846 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Palisades Collection, LLC<br>210 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express Centurion Bank<br>200 Vessey St., 44th Floor<br>NY, NY 10285 | Judgment Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Overnight<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| See Attached Mailing Matrix | Other Creditors/Interested Parties | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

```
Label Matrix for local noticing          U.S. Attorney                              United States Trustee
0312-2                                   970 Broad St.                              Office of the United States Trustee
Case 19-25759-SLM                        Room 502                                   1085 Raymond Blvd.
District of New Jersey                   Rodino Federal Bldg.                       One Newark Center
Newark                                   Newark, NJ 07102-2534                      Suite 2100
Mon Jan  6 13:26:41 EST 2020                                                        Newark, NJ 07102-5235

U.S. Bankruptcy Court                    Capital One Bank (USA), N.A.               Frenkel Lambert, Weiss, Weisman & Gordon
MLK Jr Federal Building                  4515 N Santa Fe Ave                        80 Maing Street, STe 460
50 Walnut Street                         Oklahoma City, OK 73118-7901               West Orange, NJ 07052-5414
Newark, NJ 07102-3550


(p)JEFFERSON CAPITAL SYSTEMS LLC         Select Portfolio Servicing, Inc.           Synchrony Bank
PO BOX 7999                              PO Box 65250                               c/o of PRA Receivables Management, LLC
SAINT CLOUD MN 56302-7999                Salt Lake City, UT 84165-0250              PO Box 41021
                                                                                    Norfolk, VA 23541-1021


TFS Cust for Fig Cap Investments         The Bank of New York Mellon Trustee (See 410   U.S. Trustee
c/0 Suez Water                           c/o Specialized Loan Servicing LLC         US Dept of Justice
110 Oak Street                           8742 Lucent Blvd, Suite 300                Office of the US Trustee
Bayonne, NJ 07002                        Highlands Ranch, Colorado 80129-2386       One Newark Center Ste 2100
                                                                                    Newark, NJ 07102-5235


UNITED STATES DEPARTMENT OF EDUCATION    Jenee K. Ciccarelli                        Kelly M Poesl
CLAIMS FILING UNIT                       Ciccarelli Law, PC                         157 W. 4th Street
PO BOX 8973                              47 Park Avenue, Suite 304                  Bayonne, NJ 07002-1179
MADISON, WI 53708-8973                   07052
                                         West Orange, NJ 07052-5500


Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Bank of New York Mellon f/k/a The Bank    (u)Wilmington Trust, NA, successor trustee to    (du)Wilmington Trust, NA, successor trustee t
```

End of Label Matrix
Mailable recipients   15
Bypassed recipients    3
Total                 18