Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−25759−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 2/23/22 at 02:00 PM

to consider and act upon the following:

*118* − Motion to Avoid Lien of GMAC, Palisades Collection, LLC, American Express Centurion Bank, LT Asset Recovery, LLC, Alside, Inc. and Amarr Garage Doors Filed by Jenee K. Ciccarelli on behalf of Kelly M Poesl. Hearing scheduled for 2/23/2022 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Proposed Order) (Ciccarelli, Jenee)

Dated: 2/18/22

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court