UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
Email: info@jc-lawpc.com

Order Filed on February 24, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kelly M. Poesl, Debtor

Case Number: 19-25759

Hearing Date: 2/~~23~~24/2022

Judge: Stacey L. Meisel

Chapter: 13

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as __157 W 4th Street, Bayonne, NJ 07002__, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. GMAC (J-127048-2009)

2. Palisades Collection, LLC (DJ-100703-2007)

3. American Express Centurion Bank (DJ-042564-2009)

4. LT Asset Recovery (DJ-141232-2009)

5. Alside, Inc. (J-212878-2007)

6. Amarr Garage Doors (J-249403-2007)

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*