**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jenee K. Ciccarelli, Esq. JC/0693
Ciccarelli Law, PC
47 Park Ave., Suite 304
West Orange, New Jersey 07052
Phone: 973-737-9060
Fax: 973-619-0023
Email: info@jc-lawpc.com

Order Filed on February 24, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kelly M. Poesl, Debtor

Case Number:    19-25759

Hearing Date:    2/~~23~~ 24/2022

Judge:    Stacey L. Meisel

Chapter:    13

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2022**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____157 W 4th Street, Bayonne, NJ 07002_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. GMAC (J-127048-2009)

2. Palisades Collection, LLC (DJ-100703-2007)

3. American Express Centurion Bank (DJ-042564-2009)

4. LT Asset Recovery (DJ-141232-2009)

5. Alside, Inc. (J-212878-2007)

6. Amarr Garage Doors (J-249403-2007)

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25759-SLM |
| Kelly M Poesl | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

**Recip ID    Recipient Name and Address**
db    + Kelly M Poesl, 157 W. 4th Street, Bayonne, NJ 07002-1179

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

**Name    Email Address**

Denise E. Carlon
        on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
        on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri DMcDonough@flwlaw.com

Jenee K. Ciccarelli
        on behalf of Debtor Kelly M Poesl info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
        magecf@magtrustee.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 24, 2022 Form ID: pdf903 Total Noticed: 1
TOTAL: 5