**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-013711-B00
Douglas McDonough, Esq.
Attorney ID: DM0973

DMcDonough@flwlaw.com
Attorney for Wilmington Trust, NA, successor trustee to
Citibank, N.A., as Trustee f/b/o holders of Structured Asset
Mortgage Investments II Inc., Bear Stearns ALT-A Trust,
Mortgage Pass-Through Certificates, Series 2006-6, Secured
Creditor

Order Filed on June 23, 2022
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: **19-25759-SLM**

Chapter 13

Judge Stacey L. Meisel

---

In Re:

**Kelly M. Poesl aka Kelly Condon**

Debtor(s).

---

### ORDER GRANTING MOTION TO VACATE STAY WITH CONDITIONS

Recommended Local Form Modified

The relief set forth on the following pages, numbered two (2) through three (3) is

**ORDERED**

**DATED: June 23, 2022**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Kelly M. Poesl aka Kelly Condon
Case No.: 19-25759-SLM
Caption of Order: Order Granting Motion to Vacate Stay with Conditions

---

Upon the motion of Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6 (the "Movant"), under Bankruptcy Code section 362(d) for relief from the stay (the "Motion") as to certain real property commonly known as 157w 4th St, Bayonne, NJ 07002 (the "Collateral"), and Kelly M. Poesl aka Kelly Condon (the "Debtor(s)") having opposed the Motion, and the Court having considered the submissions of the parties, and argument, if any, and for cause shown, it is ORDERED

1. That the Motion for Relief from Stay is granted.

2. Secured Creditor is granted relief from the stay on October 1, 2022, without further order of the Court, unless the loan is paid in full prior to that date.

3. That the stay shall continue against the Collateral until October 1, 2022, subject to the following conditions:

4. On May 1, 2022, Debtor(s) shall begin making adequate protection payments of $4,596.20 to Secured Creditor:

   a. Adequate Protection payments in the amount of $4,596.20 are to be paid the first of the month, each month from May 2022 through September 2022.

   b. Payments should be sent to:

      Select Portfolio Servicing, Inc.
      Attn: Remittance Processing
      P.O. Box 65450
      Salt Lake City, UT 84165-0450

5. If any payments outlined in this Order, are not made within 28 days of the date the payment is due, then the Movant may obtain an Order Vacating the Stay as to the

Debtor: Kelly M. Poesl aka Kelly Condon
Case No.: 19-25759-SLM
Caption of Order: Order Granting Motion to Vacate Stay with Conditions

---

Collateral by filing with the Bankruptcy Court a Certification of Default specifying the failure to comply with this Order.

6. In the event this case is converted to Chapter 7, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion to bring the account contractually current.

   a. If the loan is not brought current after conversion, Movant may file a Certification of Default with the Court.

7. This Order survives any loan modification between the Movant and the Debtor(s) agreed to and executed during the instant bankruptcy proceeding.

   a. If any regular mortgage payment due after the execution of a loan modification is more than one month late, Movant may file a Certification of Default with the Court.

8. Any Certification of Default filed pursuant to the Order shall be served on the Trustee, the Debtor(s) and Counsel for the Debtor(s).