**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-013711-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br><br>DMcDonough@flwlaw.com<br>Attorney for Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6, Secured Creditor | **Order Filed on June 23, 2022<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: **19-25759-SLM**<br><br>Chapter 13<br><br>Judge Stacey L. Meisel |
| In Re:<br><br>**Kelly M. Poesl aka Kelly Condon**<br><br>                         Debtor(s). | |

## ORDER GRANTING MOTION TO VACATE STAY WITH CONDITIONS

Recommended Local Form Modified

The relief set forth on the following pages, numbered two (2) through three (3) is

**ORDERED**

**DATED: June 23, 2022**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Kelly M. Poesl aka Kelly Condon
Case No.: 19-25759-SLM
Caption of Order: Order Granting Motion to Vacate Stay with Conditions

---

Upon the motion of Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-6 (the "Movant"), under Bankruptcy Code section 362(d) for relief from the stay (the "Motion") as to certain real property commonly known as 157w 4th St, Bayonne, NJ 07002 (the "Collateral"), and Kelly M. Poesl aka Kelly Condon (the "Debtor(s)") having opposed the Motion, and the Court having considered the submissions of the parties, and argument, if any, and for cause shown, it is ORDERED

1. That the Motion for Relief from Stay is granted.

2. Secured Creditor is granted relief from the stay on October 1, 2022, without further order of the Court, unless the loan is paid in full prior to that date.

3. That the stay shall continue against the Collateral until October 1, 2022, subject to the following conditions:

4. On May 1, 2022, Debtor(s) shall begin making adequate protection payments of $4,596.20 to Secured Creditor:

    a. Adequate Protection payments in the amount of $4,596.20 are to be paid the first of the month, each month from May 2022 through September 2022.

    b. Payments should be sent to:

        Select Portfolio Servicing, Inc.
        Attn: Remittance Processing
        P.O. Box 65450
        Salt Lake City, UT 84165-0450

5. If any payments outlined in this Order, are not made within 28 days of the date the payment is due, then the Movant may obtain an Order Vacating the Stay as to the

(Page 3 of 3)

Debtor: Kelly M. Poesl aka Kelly Condon
Case No.: 19-25759-SLM
Caption of Order: Order Granting Motion to Vacate Stay with Conditions

---

Collateral by filing with the Bankruptcy Court a Certification of Default specifying the failure to comply with this Order.

6. In the event this case is converted to Chapter 7, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion to bring the account contractually current.

    a. If the loan is not brought current after conversion, Movant may file a Certification of Default with the Court.

7. This Order survives any loan modification between the Movant and the Debtor(s) agreed to and executed during the instant bankruptcy proceeding.

    a. If any regular mortgage payment due after the execution of a loan modification is more than one month late, Movant may file a Certification of Default with the Court.

8. Any Certification of Default filed pursuant to the Order shall be served on the Trustee, the Debtor(s) and Counsel for the Debtor(s).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25759-SLM |
| Kelly M Poesl | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2022:**

**Recip ID          Recipient Name and Address**
db              + Kelly M Poesl, 157 W. 4th Street, Bayonne, NJ 07002-1179

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2022               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri dmcdonough@flwlaw.com |
| Jenee K. Ciccarelli | on behalf of Debtor Kelly M Poesl info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5