Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−25759−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly M Poesl
   aka Kelly Condon
   157 W. 4th Street
   Bayonne, NJ 07002

Social Security No.:
   xxx−xx−0882

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 30, 2022.

Dated: August 30, 2022
JAN: rah

                                                                                                       Jeanne Naughton
                                                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-25759-SLM

Kelly M Poesl  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: Aug 30, 2022  Form ID: plncf13  Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M Poesl, 157 W. 4th Street, Bayonne, NJ 07002-1179 |
| 518410058 | #+ | Frenkel Lambert, Weiss, Weisman & Gordon, 80 Maing Street, STe 460, West Orange, NJ 07052-5414 |
| 518647193 | | TFS Cust for Fig Cap Investments, c/0 Suez Water, 110 Oak Street, Bayonne, NJ 07002 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518452791 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2022 20:51:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518524130 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2022 20:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518410059 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 30 2022 20:43:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518411196 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2022 20:52:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518523144 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 30 2022 20:42:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518495301 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Aug 30 2022 20:42:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518526606 | | Wilmington Trust, NA, successor trustee to Citiban |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: plncf13 | Total Noticed: 11 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:**

**Name**  **Email Address**

Denise E. Carlon
　　on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, N.A. Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough
　　on behalf of Creditor Wilmington Trust NA, successor trustee to Citibank, N.A., as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Seri dmcdonough@flwlaw.com

Jenee K. Ciccarelli
　　on behalf of Debtor Kelly M Poesl info@jc-lawpc.com nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5